[No. 13927–4–I.  Division One.  March 17, 1986.]

SBICCA OF CALIFORNIA, *Appellant,* v. MARVAC, INC.,
ET AL, *Defendants,* LAMONTS APPAREL, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–12518–1, Nancy A. Holman, J., entered October 10, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Holman, J. Pro Tem.

[No. 6725–4–III.  Division Three.  March 18, 1986.]

FRED SHERRY FARMS, INC., ET AL, *Respondents,* v.
L. W. WEIDERT FARMS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 83–2–00272–0, Robert S. Day, J., entered August 27, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 6715–7–III.  Division Three.  March 18, 1986.]

MOUNTAIN MEADOWS MINING CORPORATION, *Appellant,* v.
THE ESTATE OF LEONARD SELL, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Stevens County, No. 82–2–00048–3, Larry M. Kristianson, J., entered August 16, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.